-1-

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN TECHNOLOGY VENTURE GROUP, LLC, | Case No.: 12-cv-00326 |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| FATWALLET, INC., | |
| Defendant. | |

**DEFENDANT FATWALLET, INC.'S CORPORATE DISCLOSURE STATEMENT**

-1-

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant and counterclaimant FatWallet, Inc. states that it is a wholly-owned subsidiary of Performance Marketing Brands, Inc.  No publicly held corporation owns 10% or more of FatWallet, Inc.'s stock.

Dated:  June 8, 2012          Respectfully submitted,

REINHART BOERNER VAN DEUREN P.C.

By:  s/ *Jessica Hutson Polakowski*
Jessica Hutson Polakowski
Paul J. Stockhausen
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone:   (414) 298-1000
Facsimile:    (414) 298-8097
*jpolakowski@reinhartlaw.com*
*pstockhausen@reinhartlaw.com*

FENWICK & WEST LLP
Michael J. Sacksteder (*pro hac vice to be filed*)
Erin Simon (*pro hac vice to be filed*)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350
msacksteder@fenwick.com
esimon@fenwick.com

Attorneys for Defendant
Fatwallet, Inc.